IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 9:21CR 14 RC/KFG |
| CHRIS RAY | § § | Judge Clark |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

(Violation: 18 U.S.C. 1703
Delay or destruction of mail or newspapers)

From on or about March 1, 2020 and continuing to on or about May 2, 2020, in the Eastern District of Texas, **Chris Ray**, defendant, while a United States Postal Service employee, did unlawfully secrete, destroy, detain, delay, or open any letter, postal card, package, bag, or mail entrusted to him or which come into his possession, and which was intended to be conveyed by mail, or carried or delivered by any carrier or other employee of the Postal Service, or forwarded through or delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service.

In violation of 18 U.S.C. § 1703.

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Lauren Gaston*

_____
Lauren Gaston
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 9:21CR__ |
| CHRIS RAY | § | Judge Clark |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. 1703

Penalty:   Not more than 5 years imprisonment, a fine not to exceed $250,000.00 (or twice any pecuniary gain to the defendant or loss to a victim), or both, and supervised release of not more than 3 years.

Special Assessment: $100.00